# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 26-1972 **Short Title:** Nat'l Council of Nonprofits v. McMahon

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from June 30, 2026
   2. Date this notice of appeal filed Aug. 27, 2026
      If cross appeal, date first notice of appeal filed ______
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ______
   4. Date of entry of order deciding above post-judgment motion ______
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ______
      Time extended to ______

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☐ No
         If yes, explain ______
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☐ No
         If yes, explain ______

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal ______

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party See attached
Attorney
Address
Telephone

2. Adverse party
Attorney
Address
Telephone

3. Adverse party
Attorney
Address
Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Linda McMahon
Address 400 Maryland Ave., S.W., Washington, D.C. 20202
Telephone

Attorney's name Simon G. Jerome
Firm U.S. Department of Justice
Address 950 Pennsylvania Ave., N.W., Washington, D.C. 20530
Telephone 202-514-1673

2. Appellant's name U.S. Department of Education
Address 400 Maryland Ave., S.W., Washington, D.C. 20202
Telephone

Attorney's name Simon G. Jerome
Firm U.S. Department of Justice
Address 950 Pennsylvania Ave., N.W., Washington, D.C. 20530
Telephone 202-514-1673

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Simon Gregory Jerome
Date Sept. 17, 2026

D. Related Case.

- Commonwealth of Massachusetts et al. v. U.S. Dep't of Educ. et al., No. 26-1973 (1st Cir.)

F. Adverse Parties.

| | |
|---|---|
| Adverse Parties: | National Council of Nonprofits; City of Boston; City of Albuquerque; City of Chicago; Amica Center for Immigrant Rights; Coalition for Humane Immigrant Rights; Oasis Legal Services; American Federation of Teachers; American Federation of State, County and Municipal Employees; National Education Association; National Association of Social Workers; Legal Aid Society of The District of Columbia; City of New York |

Attorneys:
Persis S. Yu
David Sidney Shaffer Nahmias
R. T. Winston Berkman-Breen
Protect Borrowers
76 Child Street
Hyde Park, MA 02136
206-300-7609

Robin F. Thurston
Sarah Goetz
Simon Christopher Brewer
Victoria S. Nugent
Jennifer Fountain Connolly
Khandice Renee Lofton
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-455-9060

| | |
|---|---|
| Adverse Party: | City and County of San Francisco |

Attorneys:
Mollie Mindes Lee
David S. Chiu

Molly J. Alarcon
Sophia L Cai
Yvonne Mere
San Francisco City Attorney's Office
1390 Market Street
Ste 7th Floor
San Francisco, CA 94102
415-554-4260

Robin F. Thurston
Jennifer Fountain Connolly
Simon Christopher Brewer
(See above for address and phone number)

Adverse Party: County of Santa Clara

Attorneys:
Kavita Narayan
Laura Trice
Meredith Johnson
Santa Clara County Counsel
70 W. Hedding Street
Ste East Wing, 9th Floor
San Jose, CA 95110
408-299-5900

Robin F. Thurston
Jennifer Fountain Connolly
Simon Christopher Brewer
(See above for address and phone number)