**No. 26-1972**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

NATIONAL COUNCIL OF NONPROFITS, *et al.*
*Plaintiffs-Appellees*,

v.

LINDA MCMAHON, in her official capacity, *et al.*,
*Defendants-Appellants*.

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with each side to bear its own fees and costs.

Respectfully submitted,

/s/ Sarah Goetz
Sarah Goetz
Jennifer Fountain Connolly
Victoria S. Nugent
Simon C. Brewer
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
sgoetz@democracyforward.org
jconnolly@democracyforward.org
vnugent@democracyforward.org
sbrewer@democracyforward.org
rthurston@democracyforward.org

THOMAS PULHAM

*/s/ Simon G. Jerome*
SIMON G. JEROME
*Attorneys, Appellate Staff*
*Civil Division, Room 7209*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*202-514-1673*

*Counsel for Defendants-Appellants*

Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

David Chiu
*City Attorney*
Yvonne R. Meré
*Chief Deputy City Attorney*
Mollie M. Lee
*Chief of Strategic Advocacy*
Molly J. Alarcon
Sophia L. Cai
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza 1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 554-4274
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

Tony LoPresti
*County Counsel*
Kavita Narayan
*Chief Assistant County Counsel*
Meredith A. Johnson
*Lead Deputy County Counsel*
Laura S. Trice
*Deputy County Counsel*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

OCTOBER 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2026, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/ Simon G. Jerome*
SIMON G. JEROME