# United States Court of Appeals
## For the First Circuit

No. 26-1972

NATIONAL COUNCIL OF NONPROFITS; CITY OF BOSTON; CITY OF ALBUQUERQUE; CITY OF CHICAGO; AMICA CENTER FOR IMMIGRANT RIGHTS; COALITION FOR HUMANE IMMIGRANT RIGHTS; OASIS LEGAL SERVICES; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES; NATIONAL EDUCATION ASSOCIATION; NATIONAL ASSOCIATION OF SOCIAL WORKERS; LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in the official capacity as Secretary of Education; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

**JUDGMENT**

Entered: October 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jennifer Fountain Connolly, Victoria S. Nugent, Persis S. Yu, Sarah Goetz, Simon Christopher Brewer, Robin F. Thurston, R. T. Winston Berkman-Breen, Tobias E. Zimmerman, Donald Campbell Lockhart, Abraham R. George, Thomas Pulham, Simon Gregory Jerome, Lauren Do-Hee Song, Robert Michaels, Benjamin Marcus, Nathan Maxwell, Leah Watson, Freya Jamison, Chavis Jones, Michael Joseph Pillera, Sophia L. Cai, Laura Trice, Tony Lofresti